■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD DORSEY, Appellant. [19 NYS3d 748]—

Order, Supreme Court, New York County (Roger S. Hayes, J.), entered July 9, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Even assuming defendant's correct point score to be 115, rather than 125 as the court determined, we conclude that the court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant are outweighed by his criminal record and prison disciplinary history, which demonstrate a continuing risk of sexual recidivism, notwithstanding his age. Concur—Friedman, J.P., Renwick, Saxe and Kapnick, JJ.